IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

RE: AMY AMANDA & JAMES SHELDON HARMON, JR.,    )
                                                )
U.S. Bank, N.A., its Successors and/            )
or Assigns,                                     )
                        Creditor,               )
              vs.                               )    CASE NO. 09B40130
                                                )    JUDGE Manuel Barbosa
AMY AMANDA & JAMES SHELDON HARMON, JR.,         )
                        Debtors,                )
                                                )

## ORDER MODIFYING STAY

   This cause coming to be heard on the Motion of U.S. Bank, N.A., its Successors and/or Assigns, a Creditor herein, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises, and due Notice having been given to the parties entitled thereto:

   IT IS HEREBY ORDERED that the Automatic Stay in the case is modified and leave is hereby granted to U.S. Bank, N.A., its Successors and/or Assigns and its successors and assigns to proceed with the foreclosure of the Mortgage on the property located at: 2070 Holt Lane, South Elgin, IL.

   ~~Bankruptcy Rule 4001-(a)(3) is waived and not applicable~~

DATED:  DEC 0 3 2009       ENTERED BY: _____
                                       Bankruptcy Judge Manuel Barbosa

PIERCE & ASSOCIATES, P.C.
Attorneys for Creditor
1 North Dearborn
Suite 1300
Chicago, Illinois  60602
(312) 346-9088
PA No: 09-7244